

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00887-CV

Aurora A. **RODRIGUEZ**, Israel Rodriguez, Edelmiro Romeo Alvarez, Silverio Simon Alvarez,
Anita Irma Guerra, Emilio Roman Alvarez, Adrian Alvarez, Teodoro Alvarez, Jr.,
and Primitivo Alvarez,
Appellants

v.

Ventura **HERNANDEZ**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-11-423
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee recover his costs of this appeal from appellants.

SIGNED November 26, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice